*STATUS CONFERENCE HELD*
*DATE: Nov. 24, 2003*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

November 24, 2003

2:00 p.m.

CASE NO. **3:00cv1860    CCI v R H Boyd**

Mark E. Block
O'Brien, Shafner, Stuart, Kelly & Morris
138 Main St.
P.O. Box 310
Norwich, CT 06360


Jacques J. Parenteau
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320


Bradley A. Sherman
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK