FILED

2003 DEC 18  P 12: 20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CCI, INC. | ) CIVIL ACTION NO. <br> ) 3:00CV1860 (SRU) <br> ) <br> vs.                 ) <br> ) <br> R.H. BOYD PUBLISHING CORPORATION ) <br> ) |

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES
## AND PRODUCTION OF DOCUMENTS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant hereby moves

this Court for an order compelling Plaintiff CCI, Inc. to provide adequate answers to

interrogatories and to produce documents as set forth in greater detail in the accompanying

Memorandum, Exhibit A and Affidavit of Mark E. Block in support of this motion.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests that this

motion be granted.

Dated at Norwich, Connecticut this 16th  day of December, 2003.

THE DEFENDANT

**ORAL ARGUMENT
REQUESTED**

By_____

Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
CT 06557