```
                                                    FILED

                                                2004 JAN 12  P 12: 44

                                                US DISTRICT COURT
              UNITED STATES DISTRICT COURT      BRIDGEPORT CT
              FOR THE DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| CCI, INC. | CIVIL ACTION NO. |
| | 3:00CV1860 (SRU) |
| vs. | |
| R.H. BOYD PUBLISHING CORPORATION | JANUARY 9, 2004 |

### WITHDRAWAL OF MOTION TO COMPEL

The Defendant, R. H. Boyd Publishing Corporation hereby withdraws its Motion to Compel dated September 7, 2001.

THE DEFENDANT

By _____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been faxed and mailed, postage prepaid on this _____ day of January 2004 to the following:

Jacques J. Parenteau, Esquire
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P. O. Box 1631
New London, CT  06320

_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557