#78

Granted. The Motion to Compel (Doc. #75) is hereby denied as moot. So ordered.

[signature] 1/16/04

FILED

2004 JAN 12 P 12:44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CCI, INC. | CIVIL ACTION NO. |
| | 3:00CV1860 (SRU) |
| vs. | |
| R.H. BOYD PUBLISHING CORPORATION | JANUARY 9, 2004 |

FILED
2004 JAN 20 A 9:44
US DISTRICT COURT
BRIDGEPORT CT

## WITHDRAWAL OF MOTION TO COMPEL

The Defendant, R. H. Boyd Publishing Corporation hereby withdraws its Motion to Compel dated September 7, 2001.

THE DEFENDANT

By_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557