UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


CCI, Inc.

V.                                    Case Number:  3:00cv1860 (SRU)

RH Boyd Publishing


NOTICE  TO  COUNSEL
--------------------


The above-entitled case was reported to the Court on 1/26/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 25, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, January 27, 2004.


KEVIN F. ROWE, CLERK

By: _Alice Montz_____
Alice Montz
Deputy Clerk