

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

00CV1860STIPDISM

2004 FEB 10  A 11: 43

| | | |
|---|---|---|
| CCI, INC. | : | C.A. NO. 3:00 CV 1860 (SRU) |
| VS. | : | |
| R.H. BOYD PUBLISHING CORPORATION | : | FEBRUARY 3, 2004 |

### STIPULATION FOR DISMISSAL

The undersigned parties to the above-entitled action pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby stipulate that the above-entitled action, including the complaint and counterclaim brought by the parties may be dismissed with prejudice and that each party shall be responsible for its own attorney's fees and costs.

CCI, INC.

By: _____
Jacques J. Parenteau
Madsen, Prestley & Parenteau
11 Huntington Street
P.O. Box 1631
New London, CT 06320
Fed Bar No. 09771

R.H. BOYD PUBLISHING CORPORATION

By: _____
Mark E. Block
O'Brien, Shafner, Stuart,
  Kelly & Morris
P.O. Box 310
Norwich, CT 06360
Fed Bar No 06557

APPROVED. The case is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
02/11/04

1